**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | **Case No.:** 04-34053-dof |
| Michael Hall and Rosemary Hall | **Chapter 13 Proceedings** |
| Debtor(s). | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Citibank USA NA | 4 | 19 | Unsecured | 721104 | $27.10 |

Dated: October 20, 2010

                                                      ___/s/Carl L. Bekofske____
                                                      Carl L. Bekofske,
                                                      Standing Chapter 13 Trustee
                                                      400 N. Saginaw St., Ste 331
                                                      Flint, MI 48502
                                                      Telephone: (810) 238-4675
                                                      Fax: (810) 238-4712
                                                      Email: ECF@flint13.com
                                                      P10645